al offer of proof at this time would be cumulative and untimely. As the Government notes, it "apprised the Court of the substance of the evidence that the United States sought to admit at the time the Court made its decision to exclude such evidence." United States' Reply Memorandum in Support of Motion to Supplement the Record, at 4.

## CONCLUSION

The Defendants GE & Sprague are not liable under CERCLA for response costs at the Site because they did not "arrange for the disposal" of the capacitors in question.

It is so ORDERED.

## NUNC PRO TUNC ORDER CORRECTING ORDER OF JANUARY 20, 1994

TINDER, District Judge.

The Court has determined that the January 20, 1994, Order Granting Joint Motion And Stipulation For Vacating The Court's Order And Entry of June 29, 1992 (the "January 20, 1994 Order"), referenced the wrong Federal Supplement citation.

IT IS THEREFORE ORDERED that the January 20, 1994, Order is hereby corrected nunc pro tunc by substituting the following citation for the citation set forth therein:

*The Pantry, Inc. v. Stop–N–Go Foods, Inc.*, 796 F.Supp. 1171 (S.D.Ind.1992).

**The PANTRY, INC., Plaintiff,**

v.

**STOP–N–GO FOODS, INC., and Tri–State Stop–N–Go, Inc., Defendants.**

**No. IP 88–1345C.**

United States District Court,
S.D. Indiana,
Indianapolis Division.

Feb. 14, 1994.

Nunc Pro Tunc Jan. 20, 1994.

Frank J. Deveau, Sommer & Barnard, P.C., Indianapolis, IN.

R. Robert Stommel, Lewis & Wagner, Indianapolis, IN.

A   Yes.  Some knowledge.
Q   What knowledge do you have?
A   As I mentioned before, the fliers that would come back to me as copies, or copies of mimeographed lists that various surplus dealers were offering such an item at such a price. And this mainly came to me from the New York area.

**Mattie CALHOUN, Plaintiff,**

v.

**HEALTH & HUMAN SERVICES & SOCIAL SECURITY ADMINISTRATION, Defendant.**

**No. 94–C–108.**

United States District Court,
E.D. Wisconsin.

Feb. 18, 1994.

*See* Weinstein, 8/25/93, at 151–52. Mr. Weinstein's knowledge about the market for surplus capacitors was not comprehensive. "Some knowledge" an expert does not make.